IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST ALTMANN,

      Plaintiff,                          No. CIV S-10-2702 JAM GGH PS

   vs.

KENNEDY FUNDING INC., et al.,

      Defendants.                <u>ORDER TO SHOW CAUSE</u>

_____/

      This action was referred to the undersigned pursuant to Local Rule 72-302(c)(21). Pursuant to Federal Rule of Civil Procedure 4(m), the court may dismiss an action where service of summons is not made within 120 days after the filing of the complaint. In the order requiring timely service filed October 5, 2010, plaintiff was cautioned that this action may be dismissed if service was not timely completed. This action was filed October 5, 2010, and plaintiff has not yet served defendants with summons.

\\\\\

\\\\\

\\\\\

\\\\\

\\\\\

1

1       Accordingly, IT IS HEREBY ORDERED that:

2       Plaintiff shall show cause, in writing, within fourteen days from the date of this

3 order, why this action should not be dismissed for failure to comply with Federal Rule of Civil

4 Procedure 4(m). Failure to <u>timely</u> file the required writing will result in a recommendation that

5 the case be dismissed.

6 DATED: March 3, 2011

8       /s/ Gregory G. Hollows

9       GREGORY G. HOLLOWS
      U. S. MAGISTRATE JUDGE

10

11 GGH:035
altmann.osc