IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST ALTMANN,

     Plaintiff,               No. CIV S-10-2702 JAM GGH

     vs.

KENNEDY FUNDING, INC.

     Defendants.         <u>ORDER</u>

_____/

     On March 21, 2011, plaintiff filed a notice of substitution of counsel. Both parties[1] now appearing by counsel, the referral to the magistrate judge is withdrawn. However, the magistrate judge shall continue to perform all duties described in Local Rule 302(c)(1)-(20).

     IT IS SO ORDERED.

DATED: March 23, 2011

                             /s/ Gregory G. Hollows

                             GREGORY G. HOLLOWS
                             UNITED STATES MAGISTRATE JUDGE

ggh:076
Altmann2702.dj.wpd

---

[1] Defendants have not yet been served; however, pursuant to E.D. L.R. 183(a), corporations or other entities may appear only by an attorney. In this case, all defendants are either corporations or entities.

1